**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01663-JLK

MATTHEW TILLMAN,

        Plaintiff,

v.

ATLANTIC CREDIT AND FINANCE SPECIAL FINANCE UNIT III, LLC,

        Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Notice of Voluntary Dismissal With Prejudice (Doc. 6) pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY ORDER that this action is DISMISSED WITH PREJUDICE, with each party to pay his or its own attorney fees and costs.

BY THE COURT:

Dated: September 29, 2015    *s/John L. Kane*
                                            SENIOR U.S. DISTRICT JUDGE